Thomas Palmer and Ruby Palmer, his wife, Enoch B. Chamberlain, James W. Lynn, Jr., James W. Lynn, Sr., and Frances F. Lynn, his wife, W. H. Yeomans and Barbara Yeomans his wife, Frederick Berger, J. E. Parker and L. Alice Parker, his wife, the Citizens Bank & Trust Company, a corporation existing under the Laws of the State of Florida, W. H. Beckwith, Edward R. Gunby, Melville G. Gibbons, Henry N. Copp and Samuel D. Luckett doing business as Copp & Luckett, George B. Bruce and M. F. Bruce, his wife, G. Dill, Appellants, vs. Julia D. Finley as Administratrix of the estate of Samuel Y. Finley, deceased, Appellee.

(Supreme Court of Florida, *En Banc.*, June 27, 1905.)

Appeal from Circuit Court Hillsborough County; Joseph B. Wall, Judge.

No appearance for Appellants.

C. C. Whitaker, for Appellee.

This action was brought by the appellee against the appellants. There was decree for the complainant and the defendants appealed. Cause dismissed on motion of counsel for appellee.